**STUART BARASCH, ESQ.**
State Bar Number 74108
925 - 41ST Street
Miami Beach, FL 33140
(305) 673-8366
(800) 445-2930
Fax (213) 621-2536

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEUY SAECHAO, | CIV-F 04-6713 DLB |
| Plaintiff(s), | |
| v. | PROPOSED MOTION TO DISMISS THE COMPLAINT; AND ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant(s). | |

PLEASE TAKE NOTICE that Plaintiff Meuy Saechao, through her attorney of record, petitions this Court to dismiss the complaint filed on December 16, 2004. The reason for this motion, is that after a thorough review of the administrative record, plaintiff's counsel has come to the conclusion that this case lacks merit. Plaintiff's has conferred with plaintiff, who has agreed to dismiss her complaint.

Dated:   May 11, 2005                                         Respectfully submitted,

                                                              _S/ Stuart Barasch_
                                                              STUART BARASCH
                                                              Attorney for Plaintiff

1 ORDER

2     On this date came on to be considered the Motion to Dismiss the Complaint. The Court is of
3 the opinion that plaintiff's request should be **GRANTED**.
4     It is, therefore, **ORDERED** that plaintiff's complaint be dismissed.
5     IT IS SO ORDERED.

6 **Dated:   May 11, 2005**　　　　　　　　　　**/s/ Dennis L. Beck**
   3c0hj8　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE